### 7964. THOMAS v. THE STATE.

GEORGE, J. Whether an extraordinary motion for a new trial, based upon the ground of newly discovered testimony, should be granted or refused rests largely in the sound discretion of the trial court; and this court is not inclined to interfere with the exercise of that discretion, where the newly discovered evidence is largely, if not entirely, im-, peaching and cumulative in character. *Rogers* v. *State*, 129 *Ga.* 589 (59 S. E. 288).

         *Judgment affirmed. Wade, C. J., and Luke, J., concur.*
         DECIDED FEBRUARY 1, 1917.

Indictment for burglary; from Polk superior court—Judge Bartlett. October 2, 1916.

*Bunn & Trawick*, for plaintiff in error.

*J. R. Hutcheson, solicitor-general*, contra.